

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| BASELINE ENERGY SERVICES, L.P., | § | No. 08-20-00120-CV |
| Appellant, | § | Appeal from the |
| v. | § | 358th District Court |
| CHARLES CONDIT, | § | of Ector County, Texas |
| Appellee. | § | (TC# D-19-09-1254-CV) |
|  | § |  |

## **O R D E R**

The Court GRANTS the Appellant's third motion for extension of time within which to file the brief until September 18, 2020.  NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ordered that the Hon. Jody S. Sanders, the Appellant's attorney, prepare the Appellant's Brief and forward the same to this Court on or before September 18, 2020.

IT IS SO ORDERED this 14th day of August, 2020.


PER CURIAM


Before Alley, C.J., Rodriguez and Palafox, JJ.